# UNITED STATES DISTRICT COURT
for the

FILED
JAMES J. VILT, JR. - CLERK
AUG 02 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Versace Alan Scott
*Petitioner*

v.

Joshua Toomey
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 1:24-cv-100-JHM
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Versace Alan Scott
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Logan County Detention Center
   (b) Address: 304 w 3rd Street Russellville Ky 42276
   (c) Your identification number: 6602
3. Are you currently being held on orders by:
   ❒ Federal authorities ❒ State authorities ☑ Other - explain:
   Logan County Circuit Court
4. Are you currently:
   ❒ A pretrial detainee (waiting for trial on criminal charges)
   ❒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ❒ Being held on an immigration charge
   ☑ Other *(explain)*: Illegal Detention From False Arrest Case # 1:23 CV-P130-Jhm with Judge Joseph H. mckinley Jr Allowed False Arrest on Wright and Hall

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ❒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☑ Other *(explain)*: Illegal Detention

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Logan County Circuit Court Russellville KY 42276

(b) Docket number, case number, or opinion number: case # 23-CR-00274

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Illegal Detention From False Arrest and Kidnapping and wrongful Imprisonment From logan county Sheriff Department Kidnapping me

(d) Date of the decision or action: On 8-19-2023

### Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not appeal: It's Illegal Detention From False Arrest and Kidnapping Joseph mckinly Allowed these claims and I won law suite

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a second appeal: I won my law suite and was told to be Released File a Habeas corpus 2241 For Release from illegal Detention

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a third appeal: I was told to File a Habeas corpus For Release From illegal Detention

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court: __________

(2) Case number: __________

(3) Date of filing: __________

(4) Result: __________

(5) Date of result: __________

(6) Issues raised: __________

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court: __________

(2) Case number: __________

(3) Date of filing: __________

(4) Result: __________

(5) Date of result: __________

(6) Issues raised: __________

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Be cause I'm innocent and here as a illegal Detention detainee won my law suite Allowing wright and Hall to be sued for False Arrest Just cant Be Released until I File a Habeas corpus For Imediatly Release From illegal Detention

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: __________

(b) Date of the removal or reinstatement order: __________

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:
(1) Date of filing: ______
(2) Case number: ______
(3) Result: ______
(4) Date of result: ______
(5) Issues raised: ______

(d) Did you appeal the decision to the United States Court of Appeals?
❒ Yes ☑ No
If "Yes," provide:
(1) Name of court: ______
(2) Date of filing: ______
(3) Case number: ______
(4) Result: ______
(5) Date of result: ______
(6) Issues raised: ______

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
❒ Yes ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application: ______
(b) Name of the authority, agency, or court: ______
(c) Date of filing: ______
(d) Docket number, case number, or opinion number: ______
(e) Result: ______
(f) Date of result: ______
(g) Issues raised: ______

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I was Kidnapped and Booked on Fake charges this illegal Detention violates my 4th Amendment The Right of the People to be Secure in their Person

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I won a lawsuite Allowing these claims

(b) Did you present Ground One in all appeals that were available to you?

❐ Yes ☑ No

**GROUND TWO:** Being Booked on Fake charges on False Arrest violated my 14th Amendment Right to equal Protection

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I have Proof these cop's and employee's at Jail Booked me into Jail illegally For Retalliation on me Reporting them to FBi For my First Attempted murder.

(b) Did you present Ground Two in all appeals that were available to you?

❐ Yes ☑ No

**GROUND THREE:** Being Booked under False Arrest is violating my 8th amendment Excessive Bail shall not be Required, nor excessive Fines imposed nor cruel and unusual Punishment which this is.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

This is cruel and unusual Punishment and violates my 8th amendment.

(b) Did you present Ground Three in all appeals that were available to you?

❐ Yes ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: I RespectFully ~~[illegible]~~ move this Court to Release me From illegal Detention which violate my constitutional amendments; Also humbly Request this Court to waive Filing Fee I won law Suite but still havent Received money so Im still indigent.

Page 8 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:
7-27-2024

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 7-27-2024

Versace Alan Scott
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

Page 9 of 9

LOGAN COUNTY
DETENTION CENTER
304 W. 3RD ST.
RUSSELLVILLE KY 42276
Attn: Versace Scott

INMATE MAIL
UNCENSORED

Office of the clerk
United States District Court
241 EAST Main Street, Suite 120
Bowling Green, KY 42101-2175

RECEIVED
JAMES J. VILT, JR. - CLERK
AUG 02 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY



complete