# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

**VERSACE ALAN SCOTT**                                                                                             **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 1:24-CV-P100-JHM**

**JOSHUA TOOMEY**                                                                                    **DEFENDANT**

## **ORDER**

For the reasons set forth in the Memorandum entered this date,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice**.

All pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a **final** Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: November 12, 2024

*Joseph H. McKinley Jr., Senior Judge*
United States District Court

cc:      Plaintiff, *pro se*
4414.009